IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Michael Rismeyer | ) | 8:04CV428 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| George Bush | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 7 be stricken from the record for the following reason(s):

( X)    The document was docketed in the wrong case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 7 from the record.

DATED this 9th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge